| | |
|---|---|
| 1 | NORMAN H. KIRSHMAN |
| 2 | NORMAN H. KIRSHMAN, P.C.<br>Nevada Bar Number: 2733 |
| 3 | kirshmanlaw@yahoo.com<br>415 S. Sixth St., Third Fl |
| 4 | Las Vegas, NV 89101 |
| 5 | Telephone: (702) 333-1893<br>Facsimile:  (702) 549-3476 |
| 6 | Attorney for Defendant<br>  *RPG Enterprises, Inc.* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>            Plaintiffs,<br>v.<br><br>DEMO & DOORS ENTERPRISES, a Nevada corporation; KEVIN R. CURLEY, an individual; TERRY H. STECKLER, an individual; SURETEC INSURANCE COMPANY, a Texas corporation; RPG ENTERPRISES, INC., a California corporation; B & R BUILDERS, INC., a Nevada corporation doing business as BRESLIN BUILDERS; HI-CON, INC., a California corporation TAYLOR INTERNATIONAL CORPORATION, a Nevada corporation; TRE BUILDERS, LLC, a Nevada limited liability company,<br>            Defendants. | CASE NO.:   2:13-CV-02091-JCM-GWF<br><br> **Order Regarding**<br><br>**RPG ENTERPRISES, INC.'S MOTION SEEKING TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

Defendant, RPG Enterprises Inc., through their attorney of record, Norman H. Kirshman, hereby request the court extend the time for Defendant, RPG Enterprises Inc., to respond to Plaintiff's Complaint filed on November 13, 2013, giving Defendant up to and including February 14, 2014 to file their Response to the Complaint. Defendant's Response is currently due on January 31, 2014.

    The extension of time is necessary due to Defendant's counsel's need to review the Collective Bargaining Agreement in order to adequately prepare an Answer. Plaintiff's counsel has not supplied the requested Collective Bargaining Agreement and would not consider Defendant's request of a stipulation for a reasonable extension of time to February 14, 2014. Plaintiff's counsel did grant an extension of time to accommodate the Defendant while they sought counsel in Nevada. Defendant is aware that negotiations are underway with other parties to settle the case.

    This is Defendant's first request for an extension of time from the court. This extension is sought in good faith, and not for the purposes of undue delay and will not prejudice the Plaintiffs.

Dated:   January 31, 2014                      By: /s/   Norman H. Kirshman  /s/
                                                    Norman H. Kirshman, Esq.
                                                    Attorney for Defendant
                                                    *RPG Enterprises, Inc.*

**IT IS SO ORDERED.**

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

Dated: __February 3,___, 2014

- 2 -