1  NORMAN H. KIRSHMAN
2  NORMAN H. KIRSHMAN, P.C.
   Nevada Bar Number: 2733
3  kirshmanlaw@yahoo.com
   415 S. Sixth St., Third Fl
4  Las Vegas, NV 89101
   Telephone: (702) 333-1893
5  Facsimile:  (702) 549-3476
6  Attorney for Defendant
     *RPG Enterprises, Inc.*
7

8                    **UNITED STATES DISTRICT COURT**
9
                          **DISTRICT OF  NEVADA**
10

11 BOARD OF TRUSTEES OF THE              CASE NO.:    2:13-CV-02091-JCM-GWF
   CONSTRUCTION INDUSTRY AND
12 LABORERS HEALTH AND WELFARE            **Order Regarding**
   TRUST; BOARD OF TRUSTEES OF THE
13 CONSTRUCTION INDUSTRY AND              **RPG ENTERPRISES, INC.'S MOTION**
   LABORERS JOINT PENSION TRUST;          **SEEKING TO EXTEND TIME TO**
14 BOARD OF TRUSTEES OF THE               **RESPOND TO THE COMPLAINT**
15 CONSTRUCTION INDUSTRY AND
   LABORERS VACATION TRUST; AND
16 THE BOARD OF TRUSTEES OF THE
   SOUTHERN NEVADA LABORERS
17 LOCAL 872 TRAINING TRUST,
18
                Plaintiffs,
19 v.

20 DEMO & DOORS ENTERPRISES, a
21 Nevada corporation; KEVIN R. CURLEY,
   an individual; TERRY H. STECKLER, an
22 individual; SURETEC INSURANCE
   COMPANY, a Texas corporation; RPG
23 ENTERPRISES, INC., a California
24 corporation; B & R BUILDERS, INC., a
   Nevada corporation doing business as
25 BRESLIN BUILDERS; HI-CON, INC., a
   California corporation TAYLOR
26 INTERNATIONAL CORPORATION, a
27 Nevada corporation; TRE BUILDERS,
   LLC, a Nevada limited liability company,
28              Defendants.

Defendant, RPG Enterprises Inc., through their attorney of record, Norman H. Kirshman, hereby request the court extend the time for Defendant, RPG Enterprises Inc., to respond to Plaintiff's Complaint filed on November 13, 2013, giving Defendant up to and including February 14, 2014 to file their Response to the Complaint.  Defendant's Response is currently due on January 31, 2014.

The extension of time is necessary due to Defendant's counsel's need to review the Collective Bargaining Agreement in order to adequately prepare an Answer.  Plaintiff's counsel has not supplied the requested Collective Bargaining Agreement and would not consider Defendant's request of a stipulation for a reasonable extension of time to February 14, 2014.  Plaintiff's counsel did grant an extension of time to accommodate the Defendant while they sought counsel in Nevada.  Defendant is aware that negotiations are underway with other parties to settle the case.

This is Defendant's first request for an extension of time from the court.  This extension is sought in good faith, and not for the purposes of undue delay and will not prejudice the Plaintiffs.

Dated:    January 31, 2014                     By: /s/   Norman H. Kirshman  /s/
                                                   Norman H. Kirshman, Esq.
                                                   Attorney for Defendant
                                                   *RPG Enterprises, Inc.*

**IT IS SO ORDERED.**

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

Dated: __February 3,__, 2014

- 2 -