Adam P. Segal, Esq.
Nevada Bar No. 6120
Ryan C. Curtis, Esq.
Nevada Bar No. 12949
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135
Email: asegal@bhfs.com
Email: rcurtis@bhfs.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>                                 Plaintiffs,<br><br>vs.<br><br>DEMO & DOORS ENTERPRISES, a Nevada corporation; KEVIN R. CURLEY, an individual; TERRY H. STECKLER, an individual; SURETEC INSURANCE COMPANY, a Texas corporation; RPG ENTERPRISES, INC., a California corporation; B & R BUILDERS, INC., a Nevada corporation doing business as BRESLIN BUILDERS; HI-CON, INC., a California corporation; TAYLOR INTERNATIONAL CORPORATION, a | Case No. 2:13-cv-02091-JCM-GWF<br><br><br><br>**NOTICE OF SETTLEMENT, AND REQUEST AND ORDER FOR STAY OF PROCEEDINGS AS TO DEFENDANT TAYLOR INTERNATIONAL CORPORATION** |

1

020052\0285\11070498.1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

Nevada corporation; TRE BUILDERS, LLC, a Nevada limited liability company,

Defendants.

Plaintiffs, the Boards of Trustees of the Construction Industry and Laborers Health and Welfare Trust, the Construction Industry and Laborers Joint Pension Trust, the Construction Industry and Laborers Vacation Trust, and the Southern Nevada Laborers Local 872 Training Trust ("Trust Funds"), and Defendant Taylor International Corporation ("Taylor International"), by and through their counsel of record, hereby give notice that they have reached a settlement. The Trust Funds and Taylor International request that the Court stay all proceedings as to the Trust Funds' claims against Taylor International only for sixty (60) days, after which time, upon full and final settlement of the case, the Trust Funds and Taylor International will file a stipulated dismissal of Taylor International.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | COTTON, DRIGGS, WALCH, HOLLEY, WOLOSON & THOMPSON |
| By /s/ Ryan C. Curtis<br>Adam P. Segal, Esq.<br>Ryan C. Curtis, Esq.<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>*Attorney for Plaintiffs* | By /s/ Brian W. Boschee<br>Brian W. Boschee, Esq.<br>Cotton, Driggs, Walch, Holley, Woloson & Thompson<br>400 South Fourth Street, 3rd Floor<br>Las Vegas, NV 89101<br>*Attorneys for Defendant Taylor International* |
| Dated: March 14, 2014 | Dated: March 14, 2014 |

**ORDER**

**IT IS SO ORDERED.**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:  March 17, 2014**

2

020052\0285\11070498.1