Adam P. Segal, Esq.
Nevada Bar No. 6120
Ryan C. Curtis, Esq.
Nevada Bar No. 12949
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135
Email: asegal@bhfs.com
Email: rcurtis@bhfs.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> DEMO & DOORS ENTERPRISES, a Nevada corporation; KEVIN R. CURLEY, an individual; TERRY H. STECKLER, an individual; SURETEC INSURANCE COMPANY, a Texas corporation; RPG ENTERPRISES, INC., a California corporation; B & R BUILDERS, INC., a Nevada corporation doing business as BRESLIN BUILDERS; HI-CON, INC., a California corporation; TAYLOR INTERNATIONAL CORPORATION, a | Case No. 2:13-cv-02091-JCM-GWF <br><br> **ORDER FOR DEFAULT JUDGMENT** |

020052\0285\11233740.1                                 1

Nevada corporation; TRE BUILDERS, LLC, a Nevada limited liability company,

Defendants.

Before the Court is Plaintiffs' Motion for Default Judgment against Defendant Kevin R. Curley. Default having been entered against Defendants Demo & Doors Enterprises and Kevin R. Curley, the Court having reviewed the Plaintiffs' Motion and being fully advised, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against Defendant Kevin R. Curley, in the amount of $169,338, representing delinquent contributions, liquidated damages, interest, administrative fees, audit costs, and attorneys' fees and costs.

DATED May 22, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Ryan C. Curtis
Adam P. Segal, Esq., Nevada Bar No. 6120
Ryan C. Curtis, Esq., Nevada Bar No. 12949
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

Attorneys for Plaintiffs