Adam P. Segal, Esq.
Nevada Bar No. 6120
Ryan C. Curtis, Esq.
Nevada Bar No. 12949
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135
Email: asegal@bhfs.com
Email: rcurtis@bhfs.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> DEMO & DOORS ENTERPRISES, a Nevada corporation; KEVIN R. CURLEY, an individual; TERRY H. STECKLER, an individual; SURETEC INSURANCE COMPANY, a Texas corporation; RPG ENTERPRISES, INC., a California corporation; B & R BUILDERS, INC., a Nevada corporation doing business as BRESLIN BUILDERS; HI-CON, INC., a California corporation; TAYLOR INTERNATIONAL CORPORATION, a | Case No. 2:13-cv-02091-JCM-GWF <br><br><br><br><br><br> **REQUEST TO DISMISS CLAIMS AGAINST DEMO & DOORS ENTERPRISES WITHOUT PREJUDICE** <br><br> **AND** <br><br> **ORDER** |

020052\0285\11297391.1

1

Nevada corporation; TRE BUILDERS, LLC, a Nevada limited liability company,

Defendants.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs, the Boards of Trustees of the Construction Industry and Laborers Health and Welfare Trust, the Construction Industry and Laborers Joint Pension Trust, the Construction Industry and Laborers Vacation Trust, and the Southern Nevada Laborers Local 872 Training Trust (collectively "Trust Funds"), hereby request that the Court dismiss Defendant Demo & Doors Enterprises, a Nevada corporation, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: May 30, 2014   BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Ryan C. Curtis
Adam P. Segal, Esq.
Nevada Bar No. 6120
Ryan C. Curtis, Esq.
Nevada Bar No. 12949
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135

*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**Dated:** July 15, 2014