**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; BOARD OF TRUSTEES OF THE CONSTRUCTION AND LABORERS VACATION TRUST; AND THE BOARD OF TRUSTEE OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br> Plaintiffs, <br> v. <br><br> DEMO & DOORS ENTERPRISES., a Nevada corporation; KEVIN R. CURLEY, an individual; TERRY H. STECKLER, an individual; SURETEC INSURANCE COMPANY, a Texas corporation; RPG ENTERPRISES, INC., a California corporation; B & R BUILDERS, INC. a Nevada corporation doing business as BRESLIN BUILDERS; HI-CON, INC., a California corporation; TAYLOR INTERNATIONAL CORPORATION, a Nevada corporation; TRE BUILDERS, LLC, a Nevada limited liability company, <br><br> Defendants. <br><br> AND RELATED MATTERS. | CASE NO:   2:13-cv-02091-JCM-GWF <br><br> **DEFAULT JUDGMENT IN A CIVIL CASE** |

On October 3, 2014, the Court granted SureTec Insurance Company's Motion for Default Judgment against Cross-Claimant Demo & Doors Enterprises (Doc. # 92).

-1-

-2-

IT IS ORDERED AND ADJUDGED that Default Judgment in favor of SureTec Insurance Company and against Demo & Doors Enterprises in the amount of $2,868.46, plus costs and interest, according to law from the date of this judgment until the entire amount is paid.

DATED: October 19, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE