UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, et al., | Case No. 2:13-CV-2091 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| DEMO & DOORS ENTERPRISES, et al., | |
| Defendant(s). | |

Presently before the court are the remaining crossclaims in case no. 2:13-cv-02091-JCM-GWF. On January 4, 2017, this court ordered Tre Builders, LLC ("Tre") and Taylor International Corporation ("Taylor") to show cause within fourteen days why this case has not been advanced or their crossclaims would be dismissed. (ECF No. 95).

On January 9, 2017, Tre filed a response to the order, indicating that it had no objection to the dismissal of its remaining crossclaim. (ECF No. 96). Taylor has submitted no response to this court's order. Therefore, this court shall exercise its "inherent power sua sponte to dismiss a case for lack of prosecution." *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (citing *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984)).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Tre and Taylor's crossclaims (ECF Nos. 23, 30) be, and the same hereby are, DISMISSED.

The clerk shall enter judgment accordingly and close the case.

DATED January 31, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**